# Robinson+Cole

Patrick W. Begos

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts and New York

*By ECF*

October 11, 2022

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY  10007-1312

Re:  **Estate of Charles T. Close v. Cigna Health and Life Insurance Company**
     **Case No. 1:22-cv-07449-RA**

Dear Judge Abrams:

This firm represents defendant, Cigna Health and Life Insurance Company, in this action, and I write to respectfully request an adjournment of the dates in the Court's Order and Notice of Initial Conference (Doc. 7). Specifically, I request that the Court: (1) extend the parties' deadline to submit a joint letter and proposed case management plan from October 28, 2022 to November 21, 2022; and (2) adjourn the initial conference from November 4, 2022 to a date after November 21, 2022. Counsel for plaintiff consents to this request.

I submit that there is good cause for this request because Cigna Health's response to the complaint is not due until November 7, 2022 (Doc. 12). The parties believe that it would be more efficient to defer preparation of the parties' joint statement and proposed case management plan until after a response to the complaint has been filed.

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Ronnie Abrams
October 11, 2022
Page 2

This is the first request for an extension of these dates. This request does not affect any other scheduled dates.

Respectfully submitted,

*/s/ Patrick W. Begos*

Patrick W. BEGOS

CC: ALL COUNSEL OF RECORD (*VIA* ECF)

Application granted. The initial pretrial conference is hereby adjourned until December 2, 2022 at 4:30 p.m. The parties shall submit their joint letter and case management plan by no later than November 23, 2022.

SO ORDERED.

_____
Hon. Ronnie Abrams
10/12/2022