**Robinson+Cole**

KATHERINE M. KATCHEN

One Liberty Place
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Main (215) 398-0600
Fax (215) 827-5982
kkatchen@rc.com
Direct (215) 398-0557

Also admitted in New Jersey,
Massachusetts and New York

June 1, 2023

<u>VIA ECF</u>
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY   10007

Re:   *Estate of Charles T. Close v. Cigna Health and Life Insurance Corporation*
      Case No. 1:22-cv-07449-RA

Dear Judge Abrams:

  This office represents Defendant Cigna Health and Life Insurance Company ("Cigna") in the above-referenced matter. We write with the consent of Plaintiff's counsel to request a short extension of time for Cigna to respond to Plaintiff's Motion to Dismiss Cigna's Counterclaim to and including June 12, 2023.

  Pursuant to this Court's Order of March 22, 2023, Plaintiff filed a Motion to Dismiss Cigna's Counterclaim on April 20, 2023. Per this Court's Order of May 3, 2023, Cigna's response currently is due June 5, 2023.

  Due to a personal scheduling issue of undersigned counsel, counsel for Cigna respectfully requests an additional 7-day extension for Cigna's response, through June 12, 2023. Plaintiff's counsel has graciously consented to this request for an extension, and has requested until July 14, 2023 in which to file Plaintiff's Reply brief.

  Accordingly, Cigna respectfully requests that the Court grant this unopposed request and permit the following schedule with respect to Plaintiff's Motion to Dismiss Cigna's Counterclaim:

- Cigna's Opposition to Plaintiff's Motion to Dismiss Counterclaim – June 12, 2023

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Hon. Ronnie Abrams
June 1, 2023
Page 2

- Plaintiff's Reply Brief in Support of Its Motion to Dismiss Counterclaim – July 14, 2023.

We greatly appreciate your attention to this matter.

Respectfully submitted,

Katherine M. Katchen

cc:  All Counsel of Record (*via* ECF)