UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTATE OF CHARLES T. CLOSE,

                Plaintiff,

V.

CIGNA HEALTH AND LIFE INSURANCE CORPORATION,

                Defendant.

No. 22-CV-7449 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On March 22, 2023, the Court ordered that fact discovery be completed within "90 days following the Court's ruling on Plaintiff's anticipated motion to dismiss Defendant's counterclaim." Dkt. No. 29. On December 21, 2023, the Court granted Plaintiff's motion to dismiss Defendant's counterclaim. *See* Dkt. No. 37.

    Given the time that has elapsed since the Court's Opinion & Order, the parties shall file a joint letter no later than May 6, 2024, updating the Court as to the status of this matter and proposing next steps.

SO ORDERED.

Dated:  April 5, 2024
          New York, New York

                                                       Hon. Ronnie Abrams
                                                       United States District Judge